JS-6

1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROSE L.,[1]                               Case No. 8:21-cv-1652-MAR

12                    Plaintiff,               JUDGMENT

13         v.

14   KILOLO KIJAKAZI,
     Acting Commissioner of Social Security,

15                                             Defendant.

16

17          Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the

18   decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

19

20   DATED:  September 13, 2022

21

22                                             _____

23                                             MARGO A. ROCCONI
                                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27   _____
     [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
     recommendation of the Committee on Court Administration and Case Management of the Judicial
28   Conference of the United States.